# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **FARAMARZ MEDHIPOUR,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | )    **CIV-05-1394-R** |
| | ) |
| **MARY SIRMONS, Warden,** | ) |
| | ) |
|     **Respondent.** | ) |

## O R D E R

Before the Court are the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered December 14, 2005 and Petitioner's Objection to the Report and Recommendation filed December 28, 2005. In his Objection, Petitioner asserts that the Court has the power to grant relief herein because the judgment Petitioner is attacking is allegedly void. Petitioner is simply wrong. As explained by the Magistrate Judge, without prior authorization from the Tenth Circuit Court of Appeals, this Court is without jurisdiction to even entertain Petitioner's successive petition for a writ of habeas corpus. 28 U.S.C. § 2244(b); *Lopez v. Douglas*, 141 F.3d 974, 975-76 F(10th Cir. 1998).

Having reviewed the Report and Recommendation of the Magistrate Judge *de novo* in light of Petitioner's Objection, the Report and Recommendation of the Magistrate Judge [Doc. No. 4] is ADOPTED in its entirety, and this case is TRANSFERRED to the Tenth Circuit Court of Appeals pursuant to 28 U.S.C. §§ 1631 and 2244(b)(3)(A).

**It is so ordered this     day of January, 2006.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE